# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

―――――

m 99-11106

―――――

THEDRO DIGGLES AND DEBRA ANDERSON,

Plaintiffs-Appellants,

VERSUS

BOEING DEFENSE & SPACESSIRVING CO.,

Defendant-Appellee.

―――――

Appeals from the United States District Court
for the Northern District of Texas
(3:97-CV-2524-R)

―――――

November 14, 2000

Before JOLLY, JONES, and SMITH,
   Circuit Judges.

PER CURIAM:[*]

   The plaintiffs appeal only the award of attorneys' fees. Having reviewed the briefs, the record, and the applicable law, and having heard and considered the oral arguments of counsel, we conclude that the district court committed no reversible error.

   Irrespective of whether the court was correct in assigning its reasons for the assessment of fees, it is not reasonably deniable that the plaintiff-appellants were guilty of gross misconduct and were subject to sanction on that ground at least. The judgment, accordingly, is AFFIRMED.[**]

―――――

   [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

―――――

   [**] Judge Jolly would reverse as to Anderson.